ROBERT MARCHIANO v. CHARLES W. SANDMAN.

June 10, 1981.

Petition for certification denied.   (See 178 *N.J.Super.* 171)

STATE OF NEW JERSEY v. JUAN CRUZ.

June 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ISHMON STALLWORTH.

June 10, 1981.

Petition for certification denied.

IN THE MATTER OF JOHN FERRIS.

June 10, 1981.

Petition for certification denied.   (See 177 *N.J.Super.* 161)